**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARTIN DICKINSON | 3:03cv970(PCD)(JGM) |
| DEFENDANT | TYPE OF PROCESS |
| KEITH SCOTT, ET AL. | SUMMONS & COMPLAINT |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LARIE ARATA, PROGRAM DIRECTOR

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT C/O THE ATTORNEY GENERAL, 55 ELM ST. HARTFORD, CT 06106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MARTIN F. DICKINSON
C.V.H. - W.F.D.
P.O. BOX 70  O'BRIEN DR.
MIDDLETOWN, CT 06457

Number of process to be served with this Form - 285: **1**
Number of parties to be served in this case: **5**
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP /   OFFICIAL CAPACITY

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
X Martin F. Dickinson
TELEPHONE NUMBER: 860 346-9597
DATE: 8/27/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | Q.I.W. | 9/17/03 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Associate Atty General D'Auria (Sec.)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/17/03    Time: 12 20 pm
Signature of U.S. Marshal or Deputy: T. Krapelkanohas

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | N/A | 3.00 | 48.00 | | |

REMARKS:

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>MARTIN DICKINSON | COURT CASE NUMBER<br>3:03cv970(PCD)(JGM) |
|---|---|
| DEFENDANT<br>KEITH SCOTT, ET AL. | TYPE OF PROCESS<br>Summons and Complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | JAMES CASSIDY, DIVISION DIRECTOR |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | C/O The Attorney General, 55 Elm St., Hartford, CT 06106 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Martin F. Dickinson<br>C.V.H. - W.F.D.<br>70 O'Brien Dr.<br>Middletown, CT 06457 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

OFFICIAL CAPACITY

| Signature of Attorney or other Originator requesting service on behalf of:<br>X Martin F. Dickinson | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>860 346-9597 | DATE<br>8/27/03 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk<br>W.I.W. | Date<br>9/11/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Assoc. Atty. Gen. D'Auria (sec.) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 9/17/03   Time: 12:20 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>45.— | Total Mileage Charges<br>(including endeavors)<br>N/A | Forwarding Fee<br>3.00 | Total Charges<br>48.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARTIN DICKINSON | 3:03CV970(PCD)(JGM) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| KEITH SCOTT, ET AL. | SUMMONS AND COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ HILLIARD FOSTER, UNIT DIRECTOR.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
C/O THE ATTORNEY GENERAL, 55 ELM ST. HARTFORD, CT 06106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MARTIN F. DICKINSON
C.V.H. - W.F.S.
P.O. BOX 70 O'BRIEN DR.
MIDDLETOWN, CT. 06457

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP/     OFFICIAL CAPACITY

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
X Martin F. Dickinson
TELEPHONE NUMBER: 860 346 9597
DATE: 8/27/03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk G.I.W. | Date 9/11/03 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Assoc. Atty Gen. D'Auria (Sec)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/17/03   Time: 12:20 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45 | N/A | 3 | 48 | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: MARTIN DICKINSON | COURT CASE NUMBER: 3:03cv970(PCD)(JGM) |
| DEFENDANT: KEITH SCOTT, ET AL | TYPE OF PROCESS: Summons and Complaint |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: GARRELL MULLANEY, C.E.O. – C.V.H.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT: C/O The Attorney General, 55 Elm St, Hartford, CT 06106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Martin F. Dickinson
C.V.H. – W.F.D.
70 O'Brien Dr.
Middletown, CT. 06457

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP / OFFICIAL CAPACITY

Signature of Attorney or other Originator requesting service on behalf of:
X Martin F. Dickinson   ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 860 346 9597   DATE: 8/27/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk: G.I.W. | Date: 9/11/03 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Assoc. Attny Gen. D'Auria (Sec)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 9/12/03   Time: 12:20 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.— | N/A | 3.— | 48.— | | |

REMARKS:

**1. CLERK OF THE COURT**

PRIOR EDITIONS MAY BE USED

FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** MARTIN DICKINSON | **COURT CASE NUMBER** 3:03CV970(PCD)(JGM) |
| **DEFENDANT** KEITH SCOTT, ET AL. | **TYPE OF PROCESS** SUMMONS AND COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KEITH SCOTT, M.D.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o The Attorney General, 55 Elm St. Hartford, CT 06106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Martin F. Dickinson
C.V.H. - W.F.D.
P.O. Box 70 O'Brien Dr.
Middletown, CT 06457

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP / OFFICIAL CAPACITY

Signature of Attorney or other Originator requesting service on behalf of: X Martin F. Dickinson
☑ PLAINTIFF
☐ DEFENDANT
**TELEPHONE NUMBER** 860 346 9597
**DATE** 8/27/03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 14 | No. 14 | G.J.W. | 9/11/03 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
Assoc. Attny. Gen. D'Auria (Acc)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 9/17/03  Time: 12:20 pm

Signature of U.S. Marshal or Deputy: P. [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.- | N/A | 3.00 | 48.- | | | |

**REMARKS:**

**PRIOR EDITIONS MAY BE USED**    1. **CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)