UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 10  P 12: 54
US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| MARTIN DICKINSON,<br>*Plaintiff*<br>v. | : <br> : <br> : <br> : | Prisoner<br>CIVIL ACTION NO.<br>3:03cv970(PCD) |
| KEITH SCOTT, ET AL.,<br>*Defendants* | : | November 7, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendants, Keith Scott, Hilliard Foster, James Cassidy, Garrell Mullaney and Laurie Arata, request a thirty (30) day extension for the filing of an answer or other responsive pleading on their behalf from November 10, 2003 until December 10, 2003, for the following reasons:

The plaintiff has sued the defendants in both their official and individual capacities. Conn. Gen. Stat. § 5-141d requires the state, through the Attorney General, to provide for the defense of state officers or employees who are sued individually regarding the performance of their duties, unless the Attorney General, based on his investigation, determines that it would be inappropriate to do so. The process of conducting the investigation referenced in Conn. Gen. Stat. § 5-141d, including receiving all pertinent information from the Department of Mental Health and Addiction Services, and of arranging for the representation of the defendants in their individual capacities has not yet been completed.

Accordingly, for these reasons, the defendants respectfully request an extension of time

for the filing on an answer or other responsive pleading. This is the defendants' first motion to extend the time to file a responsive pleading.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: _____
Thomas J. Ring
Assistant Attorney General
Federal Bar No. ct08293
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Thomas.Ring@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 7TH day of November, 2003 to:

Martin Dickinson, Pro Se
70 O'Brien Drive
Middletown, CT 06457

Thomas J. Ring
Assistant Attorney General