UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 10 P 12: 03

| | | |
|---|---|---|
| MARTIN DICKINSON, | : | PRISONER |
| *Plaintiff* | : | DOCKET NO. 3:03CV970 (PCD) (JGM) |
| v. | : | |
| | : | |
| KEITH SCOTT, ET AL., | : | December 9, 2003 |
| *Defendants* | | |

## SECOND MOTION FOR EXTENSION OF TIME

The defendants, Keith Scott, Hilliard Foster, James Cassidy, Garrell Mullaney and Laurie Arata, request a thirty (30) day extension for the filing of an answer or other responsive pleading on their behalf from December 10, 2003 until January 9, 2004, for the following reasons:

The plaintiff has sued the defendants in both their official and individual capacities. Conn. Gen. Stat. § 5-141d requires the state, through the Attorney General, to provide for the defense of state officers or employees who are sued individually regarding the performance of their duties, unless the Attorney General, based on his investigation, determines that it would be inappropriate to do so. The process of conducting the investigation referenced in Conn. Gen. Stat. § 5-141d, including receiving and reviewing all pertinent information from the Department of Mental Health and Addiction Services, and of arranging for the representation of the defendants in their individual capacities has not yet been completed. The undersigned, who has appeared for the defendants in their official capacities, has been advised by the Department that staff reductions occasioned by layoffs and early retirements have resulted in delays in compiling reports used for purposes of determining whether to offer individual representation to Department employees named as defendants in lawsuits.

Accordingly, for these reasons, the defendants respectfully request an extension of time

for the filing on an answer or other responsive pleading. This is the defendants' second motion to extend the time to file a responsive pleading.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: _____
Thomas J. Ring
Assistant Attorney General
Federal Bar No. ct08293
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Thomas.Ring@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 9TH day of December, 2003 to:

Martin Dickinson, Pro Se
70 O'Brien Drive
Middletown, CT 06457

                                            Thomas J. Ring
                                            Assistant Attorney General