UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN DICKINSON, | : | PRISONER |
| *Plaintiff* | : | DOCKET NO. 3:03CV970 (PCD) (JGM) |
| v. | : | |
| | : | |
| KEITH SCOTT, ET AL., | : | February 10, 2004 |
| *Defendants* | | |

## MOTION TO DISMISS

The defendants, Keith Scott, Hilliard Foster, James Cassidy, Garrell Mullaney and Laurie Arata, move pursuant to Rule 12 (b)(1) and (6), F.R.C.P. that the plaintiff's complaint be dismissed for the reasons that the Court lacks subject matter jurisdiction over the plaintiff's claims and/or that such complaint fails to state a claim upon which relief can be granted, as detailed in the accompanying memorandum of law.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: _____
Thomas J. Ring
Assistant Attorney General
Federal Bar No. ct08293
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Thomas.Ring@po.state.ct.us

**ORAL ARGUMENT NOT REQUESTED**

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 10TH day of February, 2004 to:

Martin Dickinson, Pro Se
70 O'Brien Drive
Middletown, CT 06457

_____
Thomas J. Ring
Assistant Attorney General