UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN DICKINSON, | : | PRISONER |
| *Plaintiff* | : | DOCKET NO. 3:03CV970 (PCD) (JGM) |
| v. | : | |
| | : | |
| KEITH SCOTT, ET AL., | : | February 17, 2004 |
| *Defendants* | | |

## MOTION FOR PROTECTIVE ORDER

The defendants, Keith Scott, Hilliard Foster, James Cassidy, Garrell Mullaney and Laurie Arata, move pursuant to Rule 26 (c), F.R.C.P. that all discovery in this matter be stayed until thirty days after the Court's ruling on the defendants' pending Motion to Dismiss. The defendants' Motion to Dismiss challenges all claims raised in the Complaint on the bases that the Court lacks subject matter jurisdiction over the plaintiff's claims and/or that such Complaint fails to state a claim upon which relief can be granted. As further discussed in the accompanying memorandum, a protective order would avoid the burden of responding to the plaintiff's comprehensive discovery requests without prejudicing the interests of the plaintiff.

      Counsel for the defendants has not contacted the plaintiff concerning this motion, due to the fact that this is a pro se prisoner case.

**ORAL ARGUMENT NOT REQUESTED**

                                        DEFENDANTS

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

                                        Richard J. Lynch
                                        Assistant Attorney General

BY:                            _____
                                        Thomas J. Ring
                                        Assistant Attorney General
                                        Federal Bar No. ct08293
                                        55 Elm Street
                                        P.O. Box 120
                                        Hartford, CT  06141-0120
                                        Tel: (860) 808-5210
                                        Fax: (860) 808-5385
                                        Thomas.Ring@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 17TH day of February, 2004 to:

Martin Dickinson, Pro Se
70 O'Brien Drive
Middletown, CT 06457

                                                                                                              _____
                                                                     Thomas J. Ring
                                                                       Assistant Attorney General