UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



MARTIN DICKINSON

v.

KEITH SCOTT, et al.

Case No.   PRISONER
3:03CV970 (PCD) (JGM)

### RULING AND ORDER

The defendants seek extensions of time to file a response to the complaint. The Motions [docs. ## 10, 12] are DENIED as moot. Pursuant to the Court's December 2, 2003 Scheduling Order, an answer to the complaint is due on or before January 31, 2004.

SO ORDERED in New Haven, Connecticut, this 22nd of January, 2004.

Joan G. Margolis
United States Magistrate Judge