UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -3 P 1: 15
US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| MARTIN DICKINSON, PRO SE | : | PRISONER |
| Plaintiff, | | |
| V. | : | Civil Action No. 3:03cv970 (PCD) (JGM) |
| KEITH SCOTT, et al., | : | |
| Defendants, | | February 24, 2004 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS

Pursuant to Local Rule Sec, 7(b), of Civil Procedure pro se, plaintiff Martin F. Dickinson, respectfully requests this Honorable Court to grant him an extension to respond to defendants Motion To Dismiss this action. On February 10, 2004, defendants in the above-captioned action served on the plaintiff a motion to dismiss pursuant to Rule 12(b)(1), and (6) of the Federal Rules of Civil Procedure. The plaintiff needs additional time in order to conduct research to file a Memorandum in Opposition in support of his complaint. Defendant's motion to dismiss the complaint is now pending court decision.

The plaintiff was recently transferred to a less restrictive setting at the Dutcher Service of Connecticut Valley Hospital and he has neither legal education nor prior experience with litigation. Plaintiff Martin F. Dickinson hereby respectfully requests this Honorable Court for an extension of time of 60 days from the court's ruling on this motion for enlargement of time. This is the plaintiff's first motion to request for extension of time, plaintiff has not contacted the defendants' counsel regarding this motion requesting extension of time.

1

February 24, 2004

Respectfully submitted,

*Martin F. Dickinson*
Martin F. Dickinson
Connecticut Valley Hospital
Dutcher Hall
P. O. Box 351 Silver Street
Middletown, CT 06457

## CERTIFICATION

I hereby certify that a copy of the forgoing Motion was mailed in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure on this 24th, day of February 2004 to:

Richard J. Lynch
Assistant Attorney General

Thomas J. Ring
Assistant Attorney General
55 Elm Street, P. O. Box 120
Hartford, CT 06141 – 0120

*Martin F. Dickinson*
Martin F. Dickinson

2