UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN DICKINSON | : | |
| *Plaintiff* | : | PRISONER |
| | : | DOCKET NO. 3:03CV970(PCD)(JGM) |
| v. | : | |
| | : | |
| KEITH SCOTT, ET AL. | : | |
| *Defendants* | : | April 23, 2004 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance for the defendant Keith Scott, M.D. in his individual capacity.

DEFENDANT
KEITH SCOTT, M.D.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY:   /s/ Rosemary M. McGovern

Rosemary M. McGovern
Assistant Attorney General
Federal Bar No. ct19594
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Rosemary.McGovern@po.state.ct.us

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 22nd day of April, 2004 to:

Martin Dickinson, Pro Se
P.O. Box 351
Silver Street
Middletown, CT 06457

/s/ Rosemary M. McGovern

Rosemary M. McGovern
Assistant Attorney General