UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN DICKINSON<br>*Plaintiff* | : | PRISONER<br>DOCKET NO. 3:03CV970(PCD)(JGM) |
| | : | |
| v. | : | |
| | : | |
| KEITH SCOTT, ET AL.<br>*Defendants* | : | April 23, 2004 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance for the following defendants in their individual capacities:

Hilliard Foster, James Cassidy, Garrell Mullaney and Laurie Arata.

                                                                DEFENDANTS

                                                            RICHARD BLUMENTHAL
                                                            ATTORNEY GENERAL

                                                            Richard J. Lynch
                                                            Assistant Attorney General

                                         BY:    /s/ Thomas J. Ring

                                                           Thomas J. Ring
                                                           Assistant Attorney General
                                                           Federal Bar No. ct08293
                                                           55 Elm Street
                                                           P.O. Box 120
                                                           Hartford, CT  06141-0120
                                                           Tel: (860) 808-5210
                                                           Fax: (860) 808-5385
                                                           Thomas.Ring@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 22nd day of April, 2004 to:

Martin Dickinson, Pro Se
P.O. Box 351
Silver Street
Middletown, CT 06457

 

_____
Thomas J. Ring
Assistant Attorney General