UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
May 7  3 59 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

MARTIN DICKINSON

v.

KEITH SCOTT, et al.

Case No.   PRISONER
3:03CV970 (PCD) (JGM)

### RULING AND ORDER

The plaintiff seeks an extension of time to file a response to the motion to dismiss. The Motion [doc. # 17] is GRANTED. The plaintiff shall file his response to the motion to dismiss within twenty days of the date of this order.

SO ORDERED in New Haven, Connecticut, this 7th of May, 2004.

Joan G. Margolis
United States Magistrate Judge