UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

Jul 19  3 41 PM '04

MARTIN DICKINSON :
:
: PRISONER
v. : Case No. 3:03CV970 (PCD) (JGM)
:
:
KEITH SCOTT, ET AL. :

### SECOND ORDER OF NOTICE TO PRO SE LITIGANT

On February 18, 2004, the court sent out an Order of Notice
to Pro Se Litigant directing the plaintiff to respond to
defendants' motion to dismiss. In response, the plaintiff sought
an extension of time to respond to the motion. On May 7, 2004,
the court granted the plaintiff an extension of time until May
27, 2004, to respond to the motion. The plaintiff has failed to
file his response or seek an additional extension of time to
respond to the motion. Accordingly, the court issues the
following notice.

Rule 7(a), D. Conn. L. Civ. R., requires the plaintiff to
file his response to the defendants' motion to dismiss within
twenty-one days from the date the motion was filed. The
plaintiff has failed to file opposition to the motion to dismiss.
The court again gives express notice to the pro se plaintiff that
"failure to submit a memorandum in opposition to [the] motion may
be deemed sufficient cause to grant the motion," Rule 7(a), D.
Conn. Loc. Civ. P., and that if plaintiff fails to file his
opposition to the motion to dismiss or fails to obtain an

extension of time for filing his opposition **on or before August**

**2, 2004**, the defendants' motion will be granted at that time.

If the motion to dismiss is granted, the complaint will be

dismissed and the case will be closed.

SO ORDERED at New Haven, Connecticut, this _____ day of

July, 2004.

_____
Joan G. Margolis
United States Magistrate Judge