UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARTIN DICKINSON

v.

PRISONER
CASE NO. 3:03cv970 (PCD)(JGM)

KEITH SCOTT, ET AL.

### RULING AND ORDER

On February 11, 2004, the defendants filed a motion to dismiss on various grounds. On February 18, 2004, the court issued an Order of Notice to Pro Se Litigant informing the plaintiff that he must file a response to the motion to dismiss or the motion would be granted absent objection. In response to the notice, the plaintiff's filed a motion for extension of time dated February 24, 2004. On May 7, 2004, the court granted the plaintiff's motion for extension of time and directed him to respond to the motion within twenty days. The plaintiff failed to respond to the motion within the time specified.

On July 19, 2004, the court issued a second Order of Notice to Pro Se Litigant. The court also cautioned the plaintiff that if he failed to file her opposition to the motion to dismiss on or before August 2, 2004, the motion would be granted absent objection. The plaintiff has failed to file a response to the motion to dismiss and has made no other attempt to contact the court with respect to this case. The court concludes that the plaintiff's inaction constitutes a failure to prosecute this case.

Accordingly, this action is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See Johnson v. M. Melnick & Co., Inc., et

al., No. 91 CIV. 7961(LAP), 1996 WL 239994, at *2 (S.D.N.Y. May 8, 1996)("Even if a defendant has not moved for such dismissal . . . a court [still] possesses the inherent authority to dismiss sua sponte a case for failure to prosecute [and obey a court's order].")

If plaintiff wishes to reopen the matter, he must file a motion to reopen pursuant to Rule 60(b), Fed. R. Civ. P. explaining why he has failed to respond to the motion to dismiss and attaching a memorandum in response to the defendants' motion to dismiss. In light of the dismissal of this case, the defendants' Motion to Dismiss [doc. # 11] is DENIED as moot. The Clerk is directed to close this case.

SO ORDERED this 7 day of September, 2004, at New Haven, Connecticut.

Peter C. Dorsey
United States District Judge