UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARTIN DICKINSON
                                                        PRISONER
    v                                  CIVIL NO. 3:03CV970 (PCD)

KEITH SCOTT
HILLIARD FOSTER
JAMES CASSIDY
GARRELL MULLANEY
LARIE ARATA

### J U D G M E N T

The cause came on for consideration on a motion to dismiss before the Honorable Peter C. Dorsey, United States District Judge.

The Court has considered the motion and all of the papers submitted in connection with the motion. On September 9, 2004, the Court, issued a Ruling and Order dismissing this case without prejudice for failure for failure to prosecute pursuant to Rule 41(b), Fed. R. Civ. P. and denying the motion to dismiss as moot.

Therefore, the action is dismissed without prejudice as to all defendants pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the case is closed.

Dated at Bridgeport, Connecticut this 17th day of September, 2004.

                                                       KEVIN F. ROWE, Clerk

                                                       By /s/ Cynthia Earle

                                                          Cynthia Earle
                                                          Deputy Clerk

Entered on Docket _____